FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

SEP 2 0 2011

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 11-4073 JSB |
| v. | ) |
| | ) USMJ BRYANT |
| BILLY NICHOLS | ) |

## UNITED STATES' MOTION TO SEAL COMPLAINT/AFFIDAVIT/ARREST WARRANT

The United States requests the complaint, affidavit, and arrest warrant in this case be sealed until the defendant is arrested in order to safeguard the officers responsible for executing the warrant and to prevent the defendant from fleeing before his arrest.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy* 9/20/11
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JOHN S. BRYANT
U.S. Magistrate Judge